UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TRUSTEES OF THE TILE, MARBLE &
TERRAZZO INSURANCE TRUST FUND;
TILE, TERRAZZO & MARBLE INDUSTRY
PENSION FUND; TILE, TERRAZZO &
MARBLE INDUSTRY DEFINED
CONTRIBUTION PENSION FUND; TILE,
TERRAZZO & MARBLE INDUSTRY JOINT
TRAINING FUND; LABOR MANAGEMENT
FUND; and the TILE, TERRAZZO & MARBLE
INDUSTRY VACATION AND HOLIDAY FUND,
               Plaintiffs,

Case No. 07-cv-14651
v.
HON. Duggan, Patrick J.
Referral Judge: Whalen, R. Steven

GALL CONSTRUCTION OF AMERICA, LTD.
and BERNHARD GALL, an individual, jointly
and severally,
               Defendants.
_____/

## ORDER OF VOLUNTARY DISMISSAL

At a session of said Court, held in the City
of Detroit, County of Wayne, Michigan,
ON: February 8, 2008.

PRESENT: HON. PATRICK J. DUGGAN
               U.S. District Court Judge

This matter having come before the Court on Plaintiffs' Notice of Voluntary Dismissal, and the Court being fully advised in the premises,

IT IS ORDERED that Plaintiffs' claim against Defendants is dismissed without prejudice.

               s/Patrick J. Duggan
               Patrick J. Duggan
               United States District Judge

Dated: February 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 8, 2008, by electronic and/or ordinary mail.
               s/Marilyn Orem
               Case Manager